ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Plaintiff and Cross-Defendant
SYNERGY ONE LENDING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY ONE LENDING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM KANOFF, as an individual; ANSWER HOME LOANS, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>ADAM KANOFF,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>SYNERGY ONE LENDING, INC.,<br><br>　　　　　Cross-Defendant. | Case No. 2:19-cv-01899-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE UNDER SEAL** |

Having reviewed Plaintiff's Request to Seal Documents the Court GRANTS Plaintiff's Motion and ORDERS that the following document and portions are permitted to be filed under seal pursuant to Eastern District of California Local Rule 141:

Documents Submitted to the Court numbered SYNERGY 000099-105.

IT IS SO ORDERED.

Dated:  August 11, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE