1   ANTHONY J. DECRISTOFORO, SBN 166171
    anthony.decristoforo@ogletree.com
2   DANIEL E.  RICHARDSON, SBN  289327
    daniel.richardson@ogletree.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   500 Capitol Mall, Suite 2500
    Sacramento, CA  95814
5   Tel.:  916-840-3150 / Fax:  916-840-3159

6   Attorneys for Plaintiff
    SYNERGY ONE LENDING, INC.
7
    G. Bradley Hargrave (SBN 173911)
8   Joshua A. Rosenthal (SBN 190284)
    HARGRAVE ROSENTHAL, P.C.
9   A Professional Corporation
    Fountaingrove Executive Center
10  3562 Round Barn Circle, Suite 212
    Santa Rosa, CA  95403
11  Tel.:  (707) 570-2200 / Fax: (510) 832-2945
    Email:  jrosenthal@hargraverosenthal.com
12
    Attorneys for Defendant
13  ANSWER HOME LOANS, INC.

14  HENRY J. JOSEFSBERG (SBN 136772)
    4050 East Katella Avenue, Suite 205
15  Los Alamitos, California 90720
    Tel.: (562) 342-9401 / Fax:  (562) 342-9403
16  Email:  henryjjesq@gmail.com

17  Attorneys for Defendant ADAM KANOFF

18                **UNITED STATES DISTRICT COURT**

19                **EASTERN DISTRICT OF CALIFORNIA**

20  SYNERGY ONE LENDING, INC.,          Case No. 2:19-cv-01899-MCE-DB

21              Plaintiff,              **STIPULATION FOR DISMISSAL**

22          v.

23  ADAM KANOFF, as an individual;
    ANSWER HOME LOANS, INC., a California
    corporation,

24              Defendant.

25  ─────────────────────────────

    ADAM KANOFF,

26              Cross-Complainant,

27          v.

28  SYNERGY ONE LENDING, INC.,

                Cross-Defendant.

It is hereby stipulated by and between Plaintiff SYNERGY ONE LENDING, INC. and Defendant ANSWER HOME LOANS, INC., by and through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice.

It is further agreed that Plaintiff and Defendant shall each bear their own attorney's fees and costs incurred herein.

DATED:  December 11, 2020    OGLETREE, DEAKINS, NASH,
               SMOAK & STEWART, P.C.

               By:  */s/ Daniel E. Richardson*
                Anthony J. DeCristoforo
                Daniel E. Richardson
                Attorney for Plaintiff
                SYNERGY ONE LENDING, INC.

DATED:   December 11, 2020   HARGRAVE ROSENTHAL, P.C.

               By:  */s/ Joshua A. Rosenthal*
                JOSHUA A. ROSENTHAL
                Attorney for Defendant
                ANSWER HOME LOANS, INC.

DATED:   December 11, 2020   HENRY J. JOSEFSBERG

               By:*/s/ Henry J. Josefsberg*
                Henry J. Josefsberg
                Attorney for Defendant
                ADAM KANOFF

**ORDER**

Based on the stipulation between the parties and for good cause shown, the above-described matter shall be DISMISSED with prejudice forthwith.  The matter having now been concluded in its entirety, each party shall bear their own attorney's fees and costs and the Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated:  December 21, 2020**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE